HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GUADALUPE JAIME FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>GUADALUPE JAIME FAVELA,<br><br>     Defendant-Movant. | Case No.: 1:94-cr-05044 DAD<br><br>**ORDER TO SEAL EXHIBIT** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Favela's Exhibits 1 and 6 to his Supplemental Emergency Motion for Reduction in Sentence and Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) in this case shall be filed *__under seal__* until further order of the court as they contain confidential medical records.

IT IS SO ORDERED.

Dated:   **July 7, 2020**                                  _____
                                                                                    UNITED STATES DISTRICT JUDGE