HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GUADALUPE JAIME FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GUADALUPE JAIME FAVELA,<br><br>    Defendant-Movant. | Case No.: 1:94-cr-05044 DAD<br>**STIPULATION AND PROPOSED ORDER TO CORRECT TYPO IN MR. FAVELA'S SOCIAL SECURITY NUMBER** |

Defendant-Movant GUADALUPE JAIME FAVELA, by and through his attorneys, and Plaintiff UNITED STATES OF AMERICA, by and through its attorneys, hereby agree and stipulate as follows:

1. This Court's judgment of July 31, 1995, entered in the docket on August 2, 1995, as document number 323, lists an incorrect Social Security number for Mr. Favela. The number listed starts with 662 when it should be 622. The rest of the number is correct.

2. The Presentence Report adopted by this Court and submitted to the Bureau of Prisons also gives the wrong Social Security number. It too

lists a number starting with 662 when it should be 622. The rest of the number Social Security number given in the Presentence Report is correct.

3. The parties agree and stipulate that judgment and Presentence Report should be corrected by replacing the 662 in the Social Security number with 622.

4. The parties agree and stipulate that the Clerk should be directed to provide the Warden at Victorville Medium I FCI or at the prison where Mr. Favela is housed and the BOP Regional Designator for the Western Region or the region where Mr. Favela is located at the time the judgment and Presentence Report are corrected.

Dated: March 30, 2021                Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     *s/ Ann C. M<sup>c</sup>Clintock*
                                     ANN C. M<sup>c</sup>CLINTOCK
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     GUADALUPE JAIME FAVELA

Dated: March 30, 2021                PHILLIP A. TALBERT
                                     Acting United States Attorney

                                      *s/ Kathleen A. Servatius*
                                     KATHLEEN A. SERVATIUS
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**ORDER**

For good cause shown, the judgment and Presentence Report shall be corrected by replacing "662" with "622" in Mr. Favela's Social Security number.

The Clerk shall serve copies of the corrected judgment and Presentence Report on the Warden at Victorville Medium I FCI or at the prison where Mr. Favela is housed and the BOP Regional Designator for the Western Region or the region wherein Mr. Favela is located at the time the judgment and Presentence Report are corrected.

IT IS SO ORDERED.

Dated: __March 30, 2021__

_____
UNITED STATES DISTRICT JUDGE