HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GUADALUPE JAIME FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GUADALUPE JAIME FAVELA,<br><br>　　　　　Defendant-Movant. | Case No.: 1:94-cr-05044 DAD<br>**AMENDED STIPULATION AND ORDER TO CORRECT TYPO IN MR. FAVELA'S SOCIAL SECURITY NUMBER** |

　　　Defendant-Movant GUADALUPE JAIME FAVELA, by and through his attorneys, and Plaintiff UNITED STATES OF AMERICA, by and through its attorneys, hereby agree and stipulate as follows:

　　　1.　This Court's judgments list an incorrect Social Security number for Mr. Favela. The number listed starts with 662 when it should be 622. The rest of the number is correct.

　　　2.　The Presentence Report adopted by this Court and submitted to the Bureau of Prisons also gives the wrong Social Security number. It too lists a number starting with 662 when it should be 622. The rest of the

Social Security number given in the Presentence Report is correct.

3. The parties agree and stipulate that Corrected Judgment entered as docket entry no. 333 and the final Presentence Report should be corrected by replacing the 662 in the Social Security number with 622.

4. The parties agree and stipulate that the Probation Office should be directed to provide the corrected Presentence Report to the Warden at Victorville Medium I FCI or at the prison where Mr. Favela is housed and to the BOP Regional Designator for the Western Region or the region where Mr. Favela is located at the time the judgment and Presentence Report are corrected.

5. The parties agree and stipulate that the Clerk shall amend the Corrected Judgment to replace 662 in Mr. Favela's Social Security number with 622. The parties further agree and stipulate that an unredacted copy of amended judgment should be filed under seal and that the Clerk of the court shall serve a copy of sealed amended judgment to the Warden at Victorville Medium I FCI or at the prison where Mr. Favela is housed and the BOP Regional Designator for the Western

/ / /

Region or the region where Mr. Favela is located at the time the judgment and Presentence Report are corrected.

Dated: April 1, 2021         Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender
Attorney for Defendant
GUADALUPE JAIME FAVELA

Dated: April 1, 2021         PHILLIP A. TALBERT
Acting United States Attorney

*s/ Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## **ORDER**

For good cause shown, the judgment and Presentence Report shall be corrected by replacing "662" with "622" in Mr. Favela's Social Security number. The Probation Office is directed make this correction to the Presentence Report and to provide the corrected Presentence Report to the Warden at Victorville Medium I FCI or at the prison where Mr. Favela is housed and to the BOP Regional Designator for the Western Region or the region where Mr. Favela is located at the time the judgment and Presentence Report are corrected.

The Clerk of court shall amend the Corrected Judgment, docket entry no. 333, to replace 662 in Mr. Favela's Social Security number with 622. An unredacted copy of this

amended corrected judgment shall be filed under seal.  The Clerk of the court shall serve a copy of sealed amended judgment to the Warden at Victorville Medium I FCI or at the prison where Mr. Favela is housed and to the BOP Regional Designator for the Western Region or the region where Mr. Favela is located at the time the judgment and Presentence Report are corrected.

IT IS SO ORDERED.

Dated:   **April 1, 2021**

UNITED STATES DISTRICT JUDGE