HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GUADALUPE JAIME FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:94-cr-05044 DAD |
| Plaintiff, | **ORDER TO SEAL EXHIBIT 9** |
| v. | |
| GUADALUPE JAIME FAVELA, | |
| Defendant-Movant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant's Exhibit 9 to his Supplement Brief in support of the pro se Emergency Motion for Reduction in Sentence shall be filed under seal until further order of this Court as it contains private and confidential medical records.

IT IS SO ORDERED.

Dated: __July 2, 2021__

_____
UNITED STATES DISTRICT JUDGE